UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
JDS OFFICE PRODUCTS INC               §     Case No. 09-47395
                                      §
              Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/15/2009 . The undersigned trustee was appointed on 12/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 21,441.20 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,090.00 |
| Bank service fees | | 39.03 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 20,312.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/29/2010 and the deadline for filing governmental claims was 04/29/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,894.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,894.12, for a total compensation of $ 2,894.12 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 107.50, for total expenses of $ 107.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/02/2012            By:/s/BRADLEY J. WALLER
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    09-47395    BB    Judge: BRUCE W. BLACK  
Case Name:    JDS OFFICE PRODUCTS INC  

For Period Ending: 04/02/12

Trustee Name:    BRADLEY J. WALLER  
Date Filed (f) or Converted (c):    12/15/09 (f)  
341(a) Meeting Date:    01/25/10  
Claims Bar Date:    04/29/10  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Stock Purchase Agreement, Collateral Assignment, | 21,639.00 | 21,240.50 | | 21,240.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.49 | FA |
| TOTALS (Excluding Unknown Values) | $21,639.00 | $21,240.50 | | $21,249.99 | $0.00 |

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)    Ver: 16.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-47395 - BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | JDS OFFICE PRODUCTS INC | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID No: | ******0537 | Account Number / CD #: | ******8565 Money Market Account |
| For Period Ending: | 04/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 31225386856S | Wire in from JPMorgan Chase Bank, N.A. account 31225386856S | 9999-000 | 21,242.08 | | 21,242.08 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.01 | | 21,243.09 |
| 05/17/10 | 011001 | Jay Baxter CPA<br>755 W. Walnut<br>P.O. Box 66<br>Oglesby, IL 61348 | Retainer to prepare corporate tax return | 3991-000 | | 500.00 | 20,743.09 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.27 | | 20,744.36 |
| 06/24/10 | | JDS Office Products<br>301 W. Etna Road<br>P.O. Box 779<br>Ottawa, IL 61350-0779 | Accounts Receivable DEPOSIT CHECK #5570 | 1121-000 | 191.21 | | 20,935.57 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.21 | | 20,936.78 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.24 | | 20,938.02 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.24 | | 20,939.26 |
| 09/10/10 | 011002 | Jay Baxter, CPA<br>755 W. Walnut<br>P.O. Box 66<br>Oglesby, IL 61348 | per court order of 09/10/10 | 3991-000 | | 590.00 | 20,349.26 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,349.42 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,349.59 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,349.75 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,349.92 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,350.09 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,350.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,350.41 |
| 04/21/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 20,350.52 |
| 04/25/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 20,350.54 |
| | | | Page Subtotals | | 21,440.54 | 1,090.00 | |

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          09-47395 -BB                           Trustee Name:         BRADLEY J. WALLER
Case Name:        JDS OFFICE PRODUCTS INC                Bank Name:            The Bank of New York Mellon
                                                         Account Number / CD #: *******8565 Money Market Account
Taxpayer ID No:   *******0537
For Period Ending: 04/02/12                              Blanket Bond (per case limit): $ 5,000,000.00
                                                         Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 20,350.57 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,350.74 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,350.90 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,351.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.03 | 20,312.04 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 20,312.17 |
| 08/24/11 | | To Acct #*******8566 | | 9999-000 | | 20,312.17 | 0.00 |

```
                              COLUMN TOTALS                   21,441.20      21,441.20        0.00
                        Less: Bank Transfers/CD's             21,242.08      20,312.17
                              Subtotal                           199.12       1,129.03
                        Less: Payments to Debtors                               0.00
                              Net                                199.12       1,129.03
```

Page Subtotals    0.66    20,351.20

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver. 16.06

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-47395 -BB
Case Name: JDS OFFICE PRODUCTS INC
Taxpayer ID No: *******0537
For Period Ending: 04/02/12

Trustee Name: BRADLEY J. WALLER
Bank Name: The Bank of New York Mellon
Account Number / CD #: ******8566 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******8565 | | 9999-000 | 20,312.17 | | 20,312.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,287.17 |
| 09/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 20,312.17 |
| 01/26/12 | | Transfer to Acct #*******3135 | Bank Funds Transfer | 9999-000 | | 20,312.17 | 0.00 |
| | | | COLUMN TOTALS | | 20,312.17 | 20,312.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 20,312.17 | 20,312.17 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    20,312.17    20,312.17

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 16.06

Page: 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-47395 -BB
Case Name: JDS OFFICE PRODUCTS INC
Taxpayer ID No: \*\*\*\*\*\*0537
For Period Ending: 04/02/12

Trustee Name: BRADLEY J. WALLER
Bank Name: JPMorgan Chase Bank, N.A.
Account Number / CD #: \*\*\*\*\*\*8565  Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | 1 | JDS Office Products 301 W. Etna Road Ottawa, IL 61350-0779 | Accounts Receivable, inventory & 1998 GMC Cube DEPOSIT CHECK #5569 | 1129-000 | 21,240.50 | | 21,240.50 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 21,240.99 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 21,241.94 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 21,242.08 |
| 04/06/10 | | Wire out to BNYM account 000253868565 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000253868565 | 9999-000 | | 21,242.08 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 21,242.08 | 21,242.08 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 21,242.08 | 21,242.08 |
| Less: Payments to Debtors | | 0.00 |
| Net | 21,242.08 | 21,242.08 |

Page Subtotals　21,242.08　21,242.08

Page: 5
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-47395 -BB
Case Name: JDS OFFICE PRODUCTS INC
Taxpayer ID No: *******0537
For Period Ending: 04/02/12

Trustee Name: BRADLEY J. WALLER
Bank Name: Congressional Bank
Account Number / CD #: *******3135 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8566 | Bank Funds Transfer | 9999-000 | 20,312.17 | | 20,312.17 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 20,312.17 | 0.00 |
| Less: Bank Transfers/CD's | | 20,312.17 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *********8565 | 199.12 | 1,129.03 | 0.00 |
| Checking Account - *********8566 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *********8565 | 21,242.08 | 21,242.08 | 0.00 |
| Checking Account - *********3135 | 0.00 | 0.00 | 20,312.17 |
| | 21,441.20 | 22,371.11 | 20,312.17 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    20,312.17    0.00

| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: April 02, 2012 |
|---|---|---|---|---|---|---|

Case Number: 09-47395  
Debtor Name: JDS OFFICE PRODUCTS INC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $107.50 | $0.00 | $107.50 |
| 200 2100-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $2,894.12 | $0.00 | $2,894.12 |
| 200 3410-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Administrative | | $1,507.50 | $0.00 | $1,507.50 |
| 1 610 7100-00 | Office Source Inc / Mid-Continent Office<br>c/o Commercial Claims Inc<br>1901 Park Dr, PO Box 1315<br>Kansas City, KS 66117 | Unsecured | | $4,852.57 | $0.00 | $4,852.57 |
| 2 610 7100-00 | SP Richards Co<br>c/o Johnson Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, FL 33487-2788 | Unsecured | | $8,306.48 | $0.00 | $8,306.48 |
| 3 610 7100-00 | Independent Stationers Inc<br>c/o Coface Collections North America Inc<br>PO Box 8471<br>Metairie, LA 70011 | Unsecured | | $32,853.04 | $0.00 | $32,853.04 |
| 4 610 7100-00 | Arlington Industries<br>c/o Jonathan Neil & Associates, Inc.<br>71 W Main St, Suite 304<br>Freehold, NJ 07728 | Unsecured | | $1,184.84 | $0.00 | $1,184.84 |
| 5 610 7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $10,730.61 | $0.00 | $10,730.61 |
| 6 610 7100-00 | SP Richards Co<br>PO Box 102458<br>Atlanta, GA 30368-0458 | Unsecured | | $8,199.42 | $0.00 | $8,199.42 |
| 7 610 7100-00 | United Stationers Supply<br>c/o C Edwin Walker, Attorney at Law, 411<br>Hamilton Blvd Suite 1710<br>Peoria, IL 61602-1196 | Unsecured | | $10,785.43 | $0.00 | $10,785.43 |
| | Case Totals: | | | $81,421.51 | $0.00 | $81,421.51 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-47395
Case Name: JDS OFFICE PRODUCTS INC
Trustee Name: BRADLEY J. WALLER

Balance on hand $ 20,312.17

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 2,894.12 | $ 0.00 | $ 2,894.12 |
| Trustee Expenses: BRADLEY J. WALLER | $ 107.50 | $ 0.00 | $ 107.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,507.50 | $ 0.00 | $ 1,507.50 |

Total to be paid for chapter 7 administrative expenses $ 4,509.12

Remaining Balance $ 15,803.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,912.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Office Source Inc / Mid-Continent Office | $ 4,852.57 | $ 0.00 | $ 997.05 |
| 2 | SP Richards Co | $ 8,306.48 | $ 0.00 | $ 1,706.72 |
| 3 | Independent Stationers Inc | $ 32,853.04 | $ 0.00 | $ 6,750.25 |
| 4 | Arlington Industries | $ 1,184.84 | $ 0.00 | $ 243.45 |
| 5 | Chase Bank USA NA | $ 10,730.61 | $ 0.00 | $ 2,204.80 |
| 6 | SP Richards Co | $ 8,199.42 | $ 0.00 | $ 1,684.72 |
| 7 | United Stationers Supply | $ 10,785.43 | $ 0.00 | $ 2,216.06 |

Total to be paid to timely general unsecured creditors       $      15,803.05

Remaining Balance                                           $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*