UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JDS OFFICE PRODUCTS INC § Case No. 09-47395
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/15/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2012            By: /s/ Bradley J. Waller
                                            Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| JDS OFFICE PRODUCTS INC | § § | Case No. 09-47395 |
| Debtor(s) | § § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,441.20 |
| and approved disbursements of | $ | 1,129.03 |
| leaving a balance on hand of[1] | $ | 20,312.17 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 2,894.12 | $ 0.00 | $ 2,894.12 |
| Trustee Expenses: BRADLEY J. WALLER | $ 107.50 | $ 0.00 | $ 107.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,507.50 | $ 0.00 | $ 1,507.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,509.12 |
| Remaining Balance | $ 15,803.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,912.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Office Source Inc / Mid-Continent Office | $ 4,852.57 | $ 0.00 | $ 997.05 |
| 2 | SP Richards Co | $ 8,306.48 | $ 0.00 | $ 1,706.72 |
| 3 | Independent Stationers Inc | $ 32,853.04 | $ 0.00 | $ 6,750.25 |
| 4 | Arlington Industries | $ 1,184.84 | $ 0.00 | $ 243.45 |
| 5 | Chase Bank USA NA | $ 10,730.61 | $ 0.00 | $ 2,204.80 |
| 6 | SP Richards Co | $ 8,199.42 | $ 0.00 | $ 1,684.72 |
| 7 | United Stationers Supply | $ 10,785.43 | $ 0.00 | $ 2,216.06 |

Total to be paid to timely general unsecured creditors    $    15,803.05

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752-1    User: lhuley    Date Created: 1/27/2010
Case: 09-47395    Form ID: ntcftfc7    Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | JDS Office Products Inc | c/o Mary Kay Payne | 2006 Caton Rd | Ottawa, IL 61350 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 | |
| aty | William T Surin | Armstrong &Surin | 724 Columbus St | Ottawa, IL 61350-5002 | |
| 14850698 | Advanta Bank Corp | PO Box 8088 | Philadelphia PA 19101-8088 | | |
| 14850699 | Advanta Bank Corp | c/o Alliance One | 4850 Street Rd Suite 300 | Trevosa PA 19053 | |
| 14850700 | American Express | c/o NCO Financial Systems | PO Box 15773 | Wilmington DE 19850-5773 | |
| 14850701 | Arlington Industries | c/o Jonathan Neil &Associates, Inc. | 71 W Main St | Suite 304 | Freehold NJ 07728 |
| 14850703 | Bank of America | Business Card | PO Box 15710 | Wilmington DE 19886-5710 | |
| 14850704 | Bank of America | PO Box 15710 | Wilmington DE 19886-5710 | | |
| 14850702 | Bank of America | PO Box 15710 | Wilmington D E 19886-5710 | | |
| 14850705 | Capital One Bank (USA) NA | PO Box 6492 | Carol Stream IL 60197-6492 | | |
| 14850706 | Capital One Bank (USA), NA | PO Box 6492 | Carol Stream IL 60197-6492 | | |
| 14850707 | Chase Bank | Cardmember Service | PO Box 15153 | Wilmington DE 19886-5153 | |
| 14850708 | Citibusiness Card | PO Box 688901 | Des Moines IA 50368-8901 | | |
| 14850709 | Dennis . Bute | Ilse M Bute | 3 Hiland Dr | Ottawa IL 61350 | |
| 14850710 | Dennis E Bute | Ilse M Bute | 3 Hiland Dr | Ottawa IL 61350 | |
| 14850711 | Doane Keyes Associates Inc | PO Box 297 | Peru IN 46970 | | |
| 14850714 | First Equity Card Corp | PO Box 23029 | Columbus GA 31902-3029 | | |
| 14850715 | FirstData | PO Box 5180 | Simi Valley CA 93062-5180 | | |
| 14850716 | GM Business card | Cardmember Service | PO Box 15153 | Wilmington DE 19886-5153 | |
| 14850717 | Independent Stationers Inc | 9100 N Purdue Rd Suite 400 | Indianapolis IN 46268 | | |
| 14850718 | Independent Stationers Inc | c/o Coface Collections North America Inc | PO Box 8471 | Metairie LA 70011 | |
| 14850719 | Office Source Inc | c/o Kenneth R McEvoy | Attorney at Law | 628 Columbus St Suite 107 | Ottawa IL 61350 |
| 14850720 | Office Source Inc / Mid-Contenent Office | 2552 Solutions Center | Chicgo IL 60677-2005 | | |
| 14850721 | Office Source Inc / Mid-Continent Office | c/o Commercial Claims Inc | 1901 Park Dr | PO Box 1315 | Kansas City KS 66117 |
| 14850722 | SP Richards Co | PO Box 102458 | Atlanta GA 30368-0458 | | |
| 14850723 | SP Richards Co | c/o Johnson Morgan &White | 6800 Broken Sound Parkway | Boca Raton FL 33487-2788 | |
| 14850724 | United Stationers Supply | Financial Services LLC | 1708 Solutions Center | Chicago IL 60677-1007 | |
| 14850725 | United Stationers Supply | c/o C Edwin Walker | Attorney at Law | 411 Hamilton Blvd Suite 1710 | Peoria IL 61602-1196 |
| 14850726 | Wells Fargo | Payment Remittance Center | PO Box 54349 | Los Angeles CA 90054-0349 | |
| 14850713 | eCommerce Industries | 4400 Alliance Gateway Fwy Suite # 154 | Fort Worth TX 76177 | | |
| 14850712 | eCommerce Industries | c/o Credit Solve | PO Box 48439 | Minneapolis MN 55448-0439 | |

TOTAL: 32