# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JDS OFFICE PRODUCTS INC | § | Case No. 09-47395 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/15/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2012                    By: /s/ Bradley J. Waller
                                                                    Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JDS OFFICE PRODUCTS INC | § | Case No. 09-47395 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 21,441.20 |
| and approved disbursements of | $ | 1,129.03 |
| leaving a balance on hand of[1] | $ | 20,312.17 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $    2,894.12 | $    0.00 | $    2,894.12 |
| Trustee Expenses: BRADLEY J. WALLER | $    107.50 | $    0.00 | $    107.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $    1,507.50 | $    0.00 | $    1,507.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,509.12 |
| Remaining Balance | $ | 15,803.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,912.39  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Office Source Inc / Mid-Continent Office | $ 4,852.57 | $ 0.00 | $ 997.05 |
| 2 | SP Richards Co | $ 8,306.48 | $ 0.00 | $ 1,706.72 |
| 3 | Independent Stationers Inc | $ 32,853.04 | $ 0.00 | $ 6,750.25 |
| 4 | Arlington Industries | $ 1,184.84 | $ 0.00 | $ 243.45 |
| 5 | Chase Bank USA NA | $ 10,730.61 | $ 0.00 | $ 2,204.80 |
| 6 | SP Richards Co | $ 8,199.42 | $ 0.00 | $ 1,684.72 |
| 7 | United Stationers Supply | $ 10,785.43 | $ 0.00 | $ 2,216.06 |

Total to be paid to timely general unsecured creditors        $ 15,803.05

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Bradley J. Waller _____

Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

# Notice Recipients

| District/Off: 0752–1 | User: lhuley | Date Created: 1/27/2010 |
|---|---|---|
| Case: 09–47395 | Form ID: ntcftfc7 | Total: 32 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | JDS Office Products Inc | c/o Mary Kay Payne    2006 Caton Rd    Ottawa, IL 61350 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC    2045 Aberdeen Court    Sycamore, IL 60178 |
| aty | William T Surin | Armstrong &Surin    724 Columbus St    Ottawa, IL 61350–5002 |
| 14850698 | Advanta Bank Corp | PO Box 8088    Philadelphia PA 19101–8088 |
| 14850699 | Advanta Bank Corp | c/o Alliance One    4850 Street Rd Suite 300    Trevosa PA 19053 |
| 14850700 | American Express | c/o NCO Financial Systems    PO Box 15773    Wilmington DE 19850–5773 |
| 14850701 | Arlington Industries | c/o Jonathan Neil &Associates, Inc.    71 W Main St    Suite 304    Freehold NJ 07728 |
| 14850703 | Bank of America | Business Card    PO Box 15710    Wilmington DE 19886–5710 |
| 14850704 | Bank of America | PO Box 15710    Wilmington DE 19886–5710 |
| 14850702 | Bank of America | PO Box 15710    Wilmington D E 19886–5710 |
| 14850705 | Capital One Bank (USA) NA | PO Box 6492    Carol Stream IL 60197–6492 |
| 14850706 | Capital One Bank (USA), NA | PO Box 6492    Carol Stream IL 60197–6492 |
| 14850707 | Chase Bank | Cardmember Service    PO Box 15153    Wilmington DE 19886–5153 |
| 14850708 | Citibusiness Card | PO Box 688901    Des Moines IA 50368–8901 |
| 14850709 | Dennis . Bute | Ilse M Bute    3 Hiland Dr    Ottawa IL 61350 |
| 14850710 | Dennis E Bute | Ilse M Bute    3 Hiland Dr    Ottawa IL 61350 |
| 14850711 | Doane Keyes Associates Inc | PO Box 297    Peru IN 46970 |
| 14850714 | First Equity Card Corp | PO Box 23029    Columbus GA 31902–3029 |
| 14850715 | FirstData | PO Box 5180    Simi Valley CA 93062–5180 |
| 14850716 | GM Business card | Cardmember Service    PO Box 15153    Wilmington DE 19886–5153 |
| 14850717 | Independent Stationers Inc | 9100 N Purdue Rd Suite 400    Indianapolis IN 46268 |
| 14850718 | Independent Stationers Inc | c/o Coface Collections North America Inc    PO Box 8471    Metairie LA 70011 |
| 14850719 | Office Source Inc | c/o Kenneth R McEvoy    Attorney at Law    628 Columbus St Suite 107    Ottawa IL 61350 |
| 14850720 | Office Source Inc / Mid–Content Office | 2552 Solutions Center    Chicgo IL 60677–2005 |
| 14850721 | Office Source Inc / Mid–Content Office | c/o Commercial Claims Inc    1901 Park Dr    PO Box 1315    Kansas City KS 66117 |
| 14850722 | SP Richards Co | PO Box 102458    Atlanta GA 30368–0458 |
| 14850723 | SP Richards Co | c/o Johnson Morgan &White    6800 Broken Sound Parkway    Boca Raton FL 33487–2788 |
| 14850724 | United Stationers Supply | Financial Services LLC    1708 Solutions Center    Chicago IL 60677–1007 |
| 14850725 | United Stationers Supply | c/o C Edwin Walker    Attorney at Law    411 Hamilton Blvd Suite 1710    Peoria IL 61602–1196 |
| 14850726 | Wells Fargo | Payment Remittance Center    PO Box 54349    Los Angeles CA 90054–0349 |
| 14850713 | eCommerce Industries | 4400 Alliance Gateway Fwy Suite # 154    Fort Worth TX 76177 |
| 14850712 | eCommerce Industries | c/o Credit Solve    PO Box 48439    Minneapolis MN 55448–0439 |

TOTAL: 32

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-47395-BWB
JDS Office Products Inc                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: lhuley           Page 1 of 3          Date Rcvd: May 11, 2012
                               Form ID: pdf006        Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
db            #+JDS Office Products Inc,   c/o Mary Kay Payne,   2006 Caton Rd,   Ottawa, IL 61350-1112
14850701      +Arlington Industries,   c/o Jonathan Neil & Associates, Inc.,   71 W Main St,   Suite 304,
               Freehold NJ 07728-2139
14850703      Bank of America,   Business Card,   PO Box 15710,   Wilmington DE 19886-5710
14850704      Bank of America,   PO Box 15710,   Wilmington DE 19886-5710
14850702      Bank of America,   PO Box 15710,   Wilmington D E 19886-5710
14850705      Capital One Bank (USA) NA,   PO Box 6492,   Carol Stream IL 60197-6492
14850707      Chase Bank,   Cardmember Service,   PO Box 15153,   Wilmington DE 19886-5153
15161164      Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
14850708      Citibusiness Card,   PO Box 688901,   Des Moines IA 50368-8901
14850709      ++++DENNIS . BUTE,   ILSE M BUTE,   3105 E 1939TH RD,   OTTAWA IL 61350-9398
               (address filed with court: Dennis . Bute,   Ilse M Bute,   3 Hiland Dr,   Ottawa IL 61350)
14850710      ++++DENNIS E BUTE,   ILSE M BUTE,   3105 E 1939TH RD,   OTTAWA IL 61350-9398
               (address filed with court: Dennis E Bute,   Ilse M Bute,   3 Hiland Dr,   Ottawa IL 61350)
14850711      +Doane Keyes Associates Inc,   PO Box 297,   Peru IN 46970-0297
14850714      First Equity Card Corp,   PO Box 23029,   Columbus GA 31902-3029
14850715      FirstData,   PO Box 5180,   Simi Valley CA 93062-5180
14850716      GM Business card,   Cardmember Service,   PO Box 15153,   Wilmington DE 19886-5153
14850718      +Independent Stationers Inc,   c/o Coface Collections North America Inc,   PO Box 8471,
               Metairie LA 70011-8471
14850719      +Office Source Inc,   c/o Kenneth R McEvoy,   Attorney at Law,   628 Columbus St Suite 107,
               Ottawa IL 61350-2906
14850720      Office Source Inc / Mid-Contenent Office,   2552 Solutions Center,   Chicgo IL 60677-2005
14850721      +Office Source Inc / Mid-Continent Office,   c/o Commercial Claims Inc,   1901 Park Dr,
               PO Box 1315,   Kansas City KS 66102-4836
14850722      SP Richards Co,   PO Box 102458,   Atlanta GA 30368-0458
14850723      +SP Richards Co,   c/o Johnson Morgan & White,   6800 Broken Sound Parkway,
               Boca Raton FL 33487-2721
14850725      United Stationers Supply,   c/o C Edwin Walker,   Attorney at Law,
               411 Hamilton Blvd Suite 1710,   Peoria IL 61602-1196
14850724      United Stationers Supply,   Financial Services LLC,   1708 Solutions Center,
               Chicago IL 60677-1007
14850726      Wells Fargo,   Payment Remittance Center,   PO Box 54349,   Los Angeles CA 90054-0349
14850712      eCommerce Industries,   c/o Credit Solve,   PO Box 48439,   Minneapolis MN 55448-0439
14850713      +eCommerce Industries,   4400 Alliance Gateway Fwy Suite # 154,   Fort Worth TX 76177-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14850698      E-mail/Text: bkr@cardworks.com May 11 2012 23:48:01     Advanta Bank Corp,   PO Box 8088,
               Philadelphia PA 19101-8088
14850699      +E-mail/Text: roy.buchholz@allianceoneinc.com May 11 2012 23:48:17     Advanta Bank Corp,
               c/o Alliance One,   4850 Street Rd Suite 300,   Trevosa PA 19053-6643
14850700      E-mail/Text: bankruptcydepartment@ncogroup.com May 12 2012 00:08:46     American Express,
               c/o NCO Financial Systems,   PO Box 15773,   Wilmington DE 19850-5773
                                                                                       TOTAL: 3


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14850706*     Capital One Bank (USA), NA,   PO Box 6492,   Carol Stream IL 60197-6492
14850717      ##+Independent Stationers Inc,   9100 N Purdue Rd Suite 400,   Indianapolis IN 46268-1180
                                                                          TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: lhuley          Page 2 of 3          Date Rcvd: May 11, 2012
                              Form ID: pdf006       Total Noticed: 29

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**                    **Signature:**

District/off: 0752-1          User: lhuley              Page 3 of 3            Date Rcvd: May 11, 2012
                             Form ID: pdf006           Total Noticed: 29

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          William T Surin    on behalf of Debtor  JDS Office Products Inc aslaw@mchsi.com,   aslaw@mchsi.com
                                                                                        TOTAL: 3