## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JDS OFFICE PRODUCTS INC | § | Case No. 09-47395 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| Jay Baxter CPA | | | | | |
| Jay Baxter, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | ARLINGTON INDUSTRIES | | | | | |
| 5 | CHASE BANK USA NA | | | | | |
| 3 | INDEPENDENT STATIONERS INC | | | | | |
| 1 | OFFICE SOURCE INC / MID-CONTINENT O | | | | | |
| 2 | SP RICHARDS CO | | | | | |
| 6 | SP RICHARDS CO | | | | | |
| 7 | UNITED STATIONERS SUPPLY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-47395   BB   Judge: BRUCE W. BLACK | |
| Case Name: | JDS OFFICE PRODUCTS INC | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 12/15/09 (f) |
| 341(a) Meeting Date: | 01/25/10 |
| Claims Bar Date: | 04/29/10 |

For Period Ending:  08/02/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Stock Purchase Agreement, Collateral Assignment, | 21,639.00 | 21,240.50 | | 21,240.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.49 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $21,639.00 | $21,240.50 | | $21,249.99 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 06/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-47395  -BB | | | Trustee Name: | BRADLEY J. WALLER | |
| Case Name: | JDS OFFICE PRODUCTS INC | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account Number / CD #: | *******8565  Money Market Account | |
| Taxpayer ID No: | *******0537 | | | | | |
| For Period Ending: | 08/02/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312253868565 | Wire in from JPMorgan Chase Bank, N.A. account 312253868565 | 9999-000 | 21,242.08 | | 21,242.08 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.01 | | 21,243.09 |
| 05/17/10 | 011001 | Jay Baxter CPA 755 W. Walnut P.O. Box 66 Oglesby, IL  61348 | Retainer to prepare corporate tax return | 3991-000 | | 500.00 | 20,743.09 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.27 | | 20,744.36 |
| 06/24/10 | | JDS Office Products 301 W. Etna Road P.O. Box 779 Ottawa, IL  61350-0779 | Accounts Receivable DEPOSIT CHECK #5570 | 1121-000 | 191.21 | | 20,935.57 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.21 | | 20,936.78 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.24 | | 20,938.02 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.24 | | 20,939.26 |
| 09/10/10 | 011002 | Jay Baxter, CPA 755 W. Walnut P.O. Box 66 Oglesby, IL  61348 | per court order of 09/10/10 | 3991-000 | | 590.00 | 20,349.26 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,349.42 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,349.59 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,349.75 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,349.92 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,350.09 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 20,350.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,350.41 |
| 04/21/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 20,350.52 |
| 04/25/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 20,350.54 |

Page Subtotals     21,440.54     1,090.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-47395  -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | JDS OFFICE PRODUCTS INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8565  Money Market Account |
| Taxpayer ID No: | *******0537 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 20,350.57 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,350.74 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 20,350.90 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,351.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.03 | 20,312.04 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.13 | | 20,312.17 |
| 08/24/11 | | To Acct #*******8566 | | 9999-000 | | 20,312.17 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,441.20 | 21,441.20 | 0.00 |
| Less:  Bank Transfers/CD's | 21,242.08 | 20,312.17 | |
| Subtotal | 199.12 | 1,129.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 199.12 | 1,129.03 | |

| | | |
|---|---|---|
| Page Subtotals | 0.66 | 20,351.20 |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 09-47395  -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | JDS OFFICE PRODUCTS INC | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8566  Checking Account |
| Taxpayer ID No: | *******0537 | | |
| For Period Ending: | 08/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******8565 | | 9999-000 | 20,312.17 | | 20,312.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 20,287.17 |
| 09/02/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 20,312.17 |
| 01/26/12 | | Transfer to Acct #*******3135 | Bank Funds Transfer | 9999-000 | | 20,312.17 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 20,312.17 | 20,312.17 | 0.00 |
| Less:  Bank Transfers/CD's | | 20,312.17 | 20,312.17 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals          20,312.17          20,312.17

Ver: 16.06d

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-47395  -BB |
| Case Name: | JDS OFFICE PRODUCTS INC |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******8565  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******0537 |
| For Period Ending: | 08/02/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | 1 | JDS Office Products 301 W. Etna Road Ottawa, IL  61350-0779 | Accounts Receivable, inventory & 1998 GMC Cube DEPOSIT CHECK #5569 | 1129-000 | 21,240.50 | | 21,240.50 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.49 | | 21,240.99 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.95 | | 21,241.94 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.14 | | 21,242.08 |
| 04/06/10 | | Wire out to BNYM account 000253868565 | Wire out to BNYM account 000253868565 | 9999-000 | | 21,242.08 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,242.08 | 21,242.08 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,242.08 | 21,242.08 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 21,242.08 | 21,242.08 | |

| | | |
|---|---|---|
| Page Subtotals | 21,242.08 | 21,242.08 |

Ver: 16.06d

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-47395  -BB | |
| Case Name: | JDS OFFICE PRODUCTS INC | |
| | | |
| Taxpayer ID No: | *******0537 | |
| For Period Ending: | 08/02/12 | |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3135  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8566 | Bank Funds Transfer | 9999-000 | 20,312.17 | | 20,312.17 |
| 06/15/12 | 001001 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Expenses | 2200-000 | | 107.50 | 20,204.67 |
| 06/15/12 | 001002 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 | | 2,894.12 | 17,310.55 |
| 06/15/12 | 001003 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant for Trustee Fees (Other | 3410-000 | | 1,507.50 | 15,803.05 |
| 06/15/12 | 001004 | Office Source Inc / Mid-Continent Office c/o Commercial Claims Inc 1901 Park Dr,PO Box 1315 Kansas City, KS 66117 | Claim 1, Payment 20.54684% | 7100-000 | | 997.05 | 14,806.00 |
| 06/15/12 | 001005 | SP Richards Co c/o Johnson Morgan & White 6800 Broken Sound Parkway Boca Raton, FL 33487-2788 | Claim 2, Payment 20.54685% | 7100-000 | | 1,706.72 | 13,099.28 |
| 06/15/12 | 001006 | Independent Stationers Inc c/o Coface Collections North America Inc PO Box 8471 Metairie, LA 70011 | Claim 3, Payment 20.54680% | 7100-000 | | 6,750.25 | 6,349.03 |
| 06/15/12 | 001007 | Arlington Industries c/o Jonathan Neil & Associates, Inc. 71 W Main St,Suite 304 Freehold, NJ 07728 | Claim 4, Payment 20.54708% | 7100-000 | | 243.45 | 6,105.58 |
| 06/15/12 | 001008 | Chase Bank USA NA PO BOX 15145 | Claim 5, Payment 20.54683% | 7100-000 | | 2,204.80 | 3,900.78 |

Page Subtotals          20,312.17          16,411.39

Ver: 16.06d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47395  -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | JDS OFFICE PRODUCTS INC | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3135  Checking Account |
| Taxpayer ID No: | *******0537 | | | |
| For Period Ending: | 08/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/15/12 | 001009 | Wilmington, DE  19850-5145 SP Richards Co PO Box 102458 Atlanta, GA  30368-0458 | Claim 6, Payment 20.54682% | 7100-000 | | 1,684.72 | 2,216.06 |
| 06/15/12 | 001010 | United Stationers Supply c/o C Edwin Walker,Attorney at Law,411 Hamilton Blvd Suite 1710 Peoria, IL  61602-1196 | Claim 7, Payment 20.54679% | 7100-000 | | 2,216.06 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 20,312.17 | 20,312.17 | | 0.00 |
| Less:  Bank Transfers/CD's | 20,312.17 | 0.00 | | |
| Subtotal | 0.00 | 20,312.17 | | |
| Less:  Payments to Debtors | | 0.00 | | |
| Net | 0.00 | 20,312.17 | | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********8565 | 199.12 | 1,129.03 | 0.00 |
| Checking Account - ********8566 | 0.00 | 0.00 | 0.00 |
| Money Market Account - ********8565 | 21,242.08 | 21,242.08 | 0.00 |
| Checking Account - ********3135 | 0.00 | 20,312.17 | 0.00 |
| | 21,441.20 | 42,683.28 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          3,900.78

Ver: 16.06d